10/21/2015 TDCJ Offender Details

48,289-08

  TDCJ Home  New Offender Search

# Offender Information Details

| Return to Search list |

| | |
|---|---|
| **SID Number:** | 03314441 |
| **TDCJ Number:** | 01836658 |
| **Name:** | DANIELS,RAYMOND |
| **Race:** | B |
| **Gender:** | M |
| **DOB:** | 1965-05-02 |
| **Maximum Sentence Date:** | 2024-06-17 |
| **Current Facility:** | SANDERS ESTES |
| **Projected Release Date:** | 2017-06-02 |
| **Parole Eligibility Date:** | 2013-11-04 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days. **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.***

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

## Parole Review Information

## Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| | | | | | |